UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> Vs. ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> Hector Alfonso Quintero, Jr. ) <br> YOB:2000 ) <br> United States Citizen ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Date of Arrest: March 01, 2026 <br><br> Magistrate's Case No. **26-01165MJ** <br><br> COMPLAINT FOR VIOLATION OF <br> Title 18 U.S.C. 554 (a) <br><br> Smuggling Goods from the United States |

I, Daniel Wood, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

COUNT ONE

On or about March 01, 2026, in the District of Arizona, HECTOR ALFONSO QUINTERO JR. knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 2907 rounds of 7.62x39mm ammunition, two AK-47 rifles, and two magazines, knowing the same to be

intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Part 736.2; Title 15, Code of Federal Regulations, Part 774; and Title 15, Code of Federal Regulations, Part 738.

In violation of Title 18, United States Code, Section 554(a).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by: AUSA Gayle Helart

*Gayle F. Helart*
Digitally signed by GAYLE HELART
Date: 2026.03.02 13:14:50 -07'00'

**DANIEL R WOOD**
Digitally signed by DANIEL R WOOD
Date: 2026.03.02 13:10:29 -07'00'

Daniel Wood
Special Agent, HSI

Sworn to me and subscribed telephonically on March 2, 2026, at Yuma, Arizona.

*J. F. Metcalf*

Honorable James F. Metcalf
United States Magistrate Judge

## STATEMENT OF PROBABLE CAUSE

I, Daniel Wood, Special Agent of Homeland Security Investigations, being duly sworn, declare and state the following:

## INTRODUCTION AND BACKGROUND OF AFFIANT

Your Affiant is a Special Agent (SA) with Homeland Security Investigations (HSI) assigned to the Office of the Assistant Special Agent in Charge (ASAC) in Yuma, Arizona. Your Affiant has been employed as such since April of 2025. Your Affiant's primary duties are the investigation of violations of Titles 8, 18, 19, and 21 of the United States Code. Your Affiant has received specialized training and has experience in the above areas. Prior to becoming a Special Agent, your Affiant served as a Customs and Border Protection Officer (CBPO) with Customs and Border Protection (CBP) beginning in March 2022, during which time your Affiant conducted investigations of multiple violations of federal laws. In addition, your Affiant has received a Master of Arts in Criminal Justice from the Arizona State University awarded in 2018, and a Bachelor of Arts in Psychology from Brandman University awarded in 2015.Your Affiant has attended and completed the Criminal Investigator Training Program (CITP), and the Homeland Security Investigations Special Agent Training (HSISAT) program at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia and Charleston, South Carolina. During these periods of academics, while employed with the Department of Homeland Security, your Affiant received training in the area of human smuggling and trafficking, firearms smuggling, and the smuggling of illicit narcotics. In preparing this Affidavit, your Affiant conferred with other law enforcement officials, who share the opinions and conclusions stated herein. Your Affiant has personal knowledge of the following facts or have learned them from other law enforcement officers. Your Affiant also relied on their training, experience, and background in law enforcement

to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause.

2. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this Affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included every fact or source of information establishing the violation of federal law.

**PROBABLE CAUSE**

3. On March 1, 2026, at approximately 5:30 p.m., I was contacted by a Customs and Border Protection Officer (CBPO) at the San Luis Port of Entry regarding firearms and ammunition found in the trunk of a vehicle that was seeking entry into the United States. When I arrived at the San Luis Port of Entry (POE) I was informed of the following:

4. At approximately 4:30 p.m., Hector Alfonso QUINTERO Jr. (DOB: XX/XX/2000, currently age 25) and his wife, RODRIGUEZ-ALBA (DOB: XX/XX/2000, currently age 25), both United States Citizen, attempted to make entry into the United States using the SENTRI lane (preapproved and expedited entry from Mexico to the United States) at the San Luis POE in San Luis, Arizona. QUINTERO was referred to secondary inspection for using the SENTRI lane without a valid SENTRI trusted traveler card. QUINTERO provided a binding negative oral declaration at secondary, like

he had done at the primary inspection. CBPOs conducted a search of QUINTERO's vehicle, which was a 2003 Honda Accord, registered to QUINTERO. During the secondary inspection of the vehicle, CBPOs found one AK-47 rifle, one magazine with rounds and approximately 2,907 rounds of 7.62x39mm ammunition in a piece of luggage, and one AK-47 and one magazine in a backpack. Both the luggage and backpack with the firearms and ammunition were located in the trunk of the vehicle.

    5. QUINTERO was interviewed after he was advised of his Miranda rights, indicated he understood them, and agreed to an interview. QUINTERO stated that he entered Mexico and was sent to secondary inspection for having temporary tags. During the secondary inspection Mexican Customs attempted to search the trunk of his vehicle, but he lied and said that his trunk was broken and couldn't be opened. QUINTERO stated that Mexican Customs denied them entry to Mexico and made them return to the United States. QUINTERO stated that he lied to the Mexican Customs because he didn't want them to search the trunk of his vehicle. QUINTERO admitted to knowing that there were two firearms and ammunition in the trunk of his vehicle. QUINTERO admitted that he knew that it was illegal to bring the firearms and ammunition from the United States to Mexico. QUINTERO stated that prior to this evening (March 1, 2026) he was introduced to two unidentified individuals by a common friend to he and the two other individuals in Yuma. Once introduced, they exchanged phone numbers and he was approached soon after by the two individuals to ask him if he wanted him if he wanted to make money. They proposed that if he took firearms and ammunition south from the United States to Mexico, that they would pay him $1000 for his services for transporting the firearms and ammunition across the border into Mexico. They also suggested for him to bring his wife so that it would just look like a normal family crossing. Within a couple of days, QUINTERO agreed to transport the firearms and ammunition to a meeting location in San Luis

Rio Colorado, Mexico. He brought his wife, who knew nothing about this, telling her that they were going to eat dinner. An interview with QUINTERO'S wife confirmed that she did not know anything about the firearms and ammunition and she also believed they were crossing into Mexico to eat tortas.

   6. Based on the facts and circumstances stated in this Affidavit, I submit there is probable cause to believe that the defendant, Hector Alfonso QUINTERO did conspire to commit a crime against the United States, namely, Smuggling Goods from the United States, in violation of Title 18, United States Code, Sections 554(a).

Based on the foregoing, there is probable cause to believe Hector Alfonso QUINTERO Jr. committed the offenses alleged in the Complaint.

**DANIEL R WOOD**
Digitally signed by DANIEL R WOOD
Date: 2026.03.02 13:11:09 -07'00'

Daniel Wood
Special Agent – Homeland Security Investigations

Sworn to before me and subscribed telephonically, March 02, 2026, at Yuma, Arizona.

Honorable James F. Metcalf
United States Magistrate Judge